**Dismissed and Memorandum Opinion filed December 4, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00155-CV

---

## ROBERT FIELDS AND JOHN FIELDS, CO-INDEPENDENT EXECUTORS OF THE ESTATE OF JAMES R. FIELDS, DECEASED, Appellants

### V.

### MARY ELIZABETH LEE FIELDS, Appellee

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-52159**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 17, 2011. The clerk's record was filed March 22, 2012. On April 12, 2012, this court abated this case for mediation. On June 26, 2012, the mediator reported that the case had settled in mediation. On September 13, 2012, this court sent correspondence to the parties requesting a dispositive motion or motion to dismiss. No dispositive motion was filed.

On October 18, 2012, this court issued an order stating that unless appellants submitted a brief on or before November 15, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and McCally.